IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS R. DEDEAUX, #27210** | § | **PETITIONER** |
| | § | |
| v. | § | Civil Action No. 1:10cv288-LG-RHW |
| | § | |
| **RONALD KING, Superintendent,** | § | |
| et al. | § | **RESPONDENTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**BEFORE THE COURT** is the Report and Recommendations [10] entered by United States Magistrate Judge Robert H. Walker on November 1, 2010. Judge Walker recommends that the Respondents' Motion [9] to Dismiss Douglas Dedeaux's Petition for Writ of Habeas Corpus be granted, because Dedeaux's petition was untimely.

Dedeaux was advised that he must file any objections to Judge Walker's recommendations within fourteen days of being served with a copy of the Report and Recommendations. The Court record reveals that Dedeaux received the Report and Recommendations prior to November 9, 2010, but he has not filed an objection to the Report and Recommendation. (*See* Acknowledgment of Receipt [11]).

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a *de novo* review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th

Cir. 1996).

Having conducted the required review, the Court finds that Judge Walker's Report and Recommendations is neither clearly erroneous nor contrary to law. Therefore, the Court finds that the Report and Recommendations entered by Judge Walker should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendations [10] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Respondents' Motion [9] to Dismiss Douglas Dedeaux's Petition for Writ of Habeas Corpus as untimely is **GRANTED**. This lawsuit is **hereby** DISMISSED.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge